# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

**NAOMI LYNN HALE,**

        **Plaintiff,**        Civil No. 6:23-CV-00074-JTJ

**-v-**

                              ORDER AWARDING
**COMMISSIONER OF SOCIAL**     ATTORNEY FEES
**SECURITY,**

        **Defendant.**

     Before the Court is the Motion of Plaintiff, Naomi Lynn Hale, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

     IT IS HEREBY ORDERED that **attorney fees** in the amount of Eight Thousand Seven Hundred Forty-Five Dollars and Sixteen Cents ($8,745.16) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), **and costs** in the amount of Four Hundred Two Dollars and Zero Cents ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff.

     If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Eric Rasmusson.

Whether the check is made payable to Plaintiff or to Eric Rasmusson, the check shall be mailed to Eric Rasmusson at the following address:

Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202

DATED this 18th day of September, 2024.

_____
John Johnston
United States Magistrate Judge