UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NAOMI LYNN HALE,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　　　Defendant. | Cause No. 6:23-CV-00074-JTJ |

_____

　　Upon consideration of Plaintiff's motion for attorney fees, and with good cause shown, IT IS HEREBY ORDRED that Eric Rasmusson is awarded attorney fees under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 21,611.75 (or 25%) of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

　　DATED this 17th day of June 2025.

_____
John Johnston
United States Magistrate Judge